**MEMO ENDORSED**

LAW OFFICES
# BRODSKY & SMITH, LLC

240 MINEOLA BLVD
MINEOLA, NY 11501

516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

PENNSYLVANIA OFFICE
TWO BALA PLAZA, SUITE 510
BALA CYNWYD, PA 19004
610.667.6200

CALIFORNIA OFFICE
9595 WILSHIRE BLVD. SUITE 900
BEVERLY HILLS, CA 90212
310.300.8425

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/17

July 10, 2017 Conference cancelled on consent. Clerk is directed to close these cases: 17cv4085, 17cv4155, 17cv4177, 17cv4205.

SO ORDERED:
Date: 7/7/17    Richard M. Berman
Richard M. Berman, U.S.D.J.

July 6, 2017

**VIA ECF**

Honorable Richard M. Berman
United States District Court –
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Rosenfeld v. Kate Spade & Co., et al.*, No. 17cv4085 – RMB
*Steinberg v. Kate Spade & Co., et al.*, No. 17cv4155 – RMB
*Garcia v. Kate Spade & Co., et al.*, No. 17cv4177 – RMB
*Jauregui v. Kate Spade & Co., et al.*, No. 17cv4205 – RMB

Dear Judge Berman:

We represent Plaintiff Alfredo Jauregui, one of the plaintiffs in the above-referenced actions and write this letter on behalf of all plaintiffs in the above-referenced actions. In each action, the plaintiff has filed a stipulation of dismissal. Based on these developments, all plaintiffs and defendants respectfully request that the conference scheduled for July 10, 2017 at 3:00pm be taken off-calendar. If your Honor has any questions, please advise.

Respectfully,

Evan J. Smith

EJS:da
cc: Andrew Gordon, Esquire
    Scott Luftglass, Esquire
    Juan Monteverde, Esquire
    Richard Acocelli, Esquire
    Brian D. Long, Esquire