# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jmonteverde@monteverdelaw.com

August 28, 2017

<u>**VIA ECF**</u>

Honorable Richard M. Berman
United States District Court –
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *<u>Rosenfeld v. Kate Spade & Co., et al., No. 17cv4085 – RMB</u>*
              *<u>Steinberg v. Kate Spade & Co., et al., No. 17cv4155 – RMB</u>*
              *<u>Garcia v. Kate Spade & Co., et al., No. 17cv4177– RMB</u>*
              *<u>Jauregui v. Kate Spade & Co., et al., No. 17cv4205– RMB</u>*

Dear Judge Berman:

    We represent plaintiff Heather Garcia, one of the plaintiffs in the above referenced actions (the "Actions"), and write on behalf of all plaintiffs ("Plaintiffs"). We are pleased to notify the Court that the parties have resolved Plaintiffs' claim for attorneys' fees and expenses in the amount of $320,000 (as set forth in Plaintiffs' mootness dismissals submitted on June 29 and 30, 2017) without the need for judicial intervention. Accordingly, the Actions can remain closed for all purposes. We are available to discuss at Your Honor's convenience.

                            Respectfully Submitted;

                            /s/ Juan E. Monteverde

                            Juan E. Monteverde

cc:    Andrew Gordon, Esquire
        Scott Luftglass, Esquire
        Richard Acocelli, Esquire
        Evan Smith, Esquire
        Marc Ackerman, Esquire
        Brian D. Long, Esquire